

## ANSELL GRIMM & AARON PC
COUNSELORS AT LAW

365 RIFLE CAMP ROAD
WOODLAND PARK, NEW JERSEY 07424
973-247-9000
973-247-9199 (FAX)

1500 LAWRENCE AVENUE
CN7807
OCEAN, NEW JERSEY 07712
732-922-1000
732-922-6161 (FAX)

214 CARNEGIE CENTER
SUITE 112
PRINCETON, NEW JERSEY 08540
609-751-5551

140 GRAND STREET
SUITE 501
WHITE PLAINS, NEW YORK 10601
800-569-3886

41 UNIVERSITY DRIVE
SUITE 400
NEWTOWN, PENNSYLVANIA 18940
267-757-8792

www.ansellgrimm.com

RICHARD B. ANSELL‡
PETER S. FALVO, JR.
JAMES G. AARON
PETER B. GRIMM
MITCHELL J. ANSELL
BRIAN E. ANSELL‡
ALLISON ANSELL◊†
MICHAEL V. BENEDETTO
DAVID B. ZOLOTOROFE
DONNA L. MAUL◆
RICK BRODSKY◆
LAWRENCE H. SHAPIRO◆□
ROBERT A. HONECKER, JR.□§
JENNIFER S. KRIMKO
FREDERICK C. RAFFETTO~
JOSHUA S. BAUCHNER◆
DAVID J. BYRNE□
ANDREA B. WHITE◆•
EDWARD J. AHEARN□

JASON S. KLEIN◆
MELANIE J. SCROBLE
BARRY M. CAPP◆Δ
DOUGLAS A. DAVIE◆
MARK M. WIECHNIK
ELYSA D. BERGENFELD
RICHARD B. LINDERMAN□
KEVIN M. CLARK
KRISTINE M. BERGMAN□
ROBERT L. AUFSEESER◆
BREANNE M. DeRAPS*
JESSICA T. ZOLOTOROFE
MICHAEL H. ANSELL◆
TARA K. WALSH◆
ROBERT H. SIEGEL▽
RAHOOL PATEL◆
NICOLE D. MILLER□
ANTHONY J. D'ARTIGLIO◆

COUNSEL
HON. ANTHONY J. MELLACI, JR., J.S.C. (RET.)
STACEY R. PATTERSON◆
JAMES A. SYLVESTER
HON. RAYMOND A. HAYSER, J.T.C. (RET.)
LISA GOLDWASSER◆

RETIRED
DAVID K. ANSELL†
ROBERT I. ANSELL

IN MEMORIAM:
LEON ANSCHELEWITZ (1929-1986)
MAX M. BARR (1929-1993)
MILTON M. ABRAMOFF (1935-2004)

LICENSED ALSO IN
◊ D.C. ◇ MA. ◆ N.Y. ★ WA
□ PA. ~ FL ÷ CA

† FELLOW, AMERICAN ACADEMY
OF MATRIMONIAL LAWYERS

‡ CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL
ATTORNEY

§ CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CRIMINAL
TRIAL ATTORNEY

◆ CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A MATRIMONIAL
LAW ATTORNEY

**Reply to: Woodland Park**
**Direct Dial: (973) 925-7357**
**Fax: (973) 247-9199**
**E-mail: mha@ansellgrimm.com**

January 7, 2019

<u>**Via ECF**</u>

Honorable Madeline Cox `, U.S.D.J.
United States District Court for the
  District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *Ata v. Spinella Produce, Inc., et al.*
     Civ. A. No. 2:18-cv-13287-MCA-LDW

Dear Judge Arleo:

  We represent Plaintiff, Hazim Ata ("Plaintiff"), in the above-referenced action. As Your Honor is aware, a settlement in principle was reached on or about November 6, 2018. Please accept this correspondence filing all papers necessary to dismiss this action and approve settlement pursuant to the Court's Order of November 7, 2018. *See* ECF No. 11.

  Enclosed herein, please find the following documents in support of approval of the settlement and dismissal of the action:

  a. Settlement Agreement, dated December 21, 2018;

Honorable Madeline Cox Arleo, U.S.D.J.
January 7, 2019
Page 2

    b. Affidavit of Services of Michael H. Ansell, Esq., dated January 7, 2019, with exhibits attached thereto; and
    c. Proposed Order.

Accordingly, it is respectfully requested that the Court approve the settlement, approve disbursement of funds to Plaintiff's counsel, and dismiss this action with prejudice.

We are available to discuss this, or any other matter, at the Court's convenience.

Respectfully submitted

*s/Michael H. Ansell*
Michael H. Ansell, Esq., Esq.

MHA/cs
cc: Keli Liu, Esq. (via ECF and email)
Hon. Leda D. Wettre (via ECF)
Hazim Ata (via email)